# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LUMINANT GENERATION COMPANY LLC | § § § | |
| v. | § § | Civil Action No. 4:14cv172 (Judge Clark/Judge Mazzant) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | § § § | |

### ORDER

Before the Court is the Joint Motion of Plaintiff Luminant Generation Company and Defendant United States Environmental Protection Agency to Substitute the Court's Order of April 3, 2014 (Dkt. No. 7) with a New Order [Dkt. #13]. The Court finds the motion should be **GRANTED,** and accordingly directs the Clerk to substitute the order entered on April 3, 2014, [Dkt. #7] with the following order:

The Court ORDERS that Defendant U.S. Environmental Protection Agency shall not publicly release the documents described in the document log attached to this Order until the Court enters a final judgment in this case or otherwise directs.

**SIGNED this 24th day of July, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE

| DOCUMENT LOG |
| --- |
| LUMINANT_BB_000251156-81 |
| LUMINANT_ML_000327285-93 |
| LUMINANT_ML_000327334-50 |
| LUMINANT_ML_000328188-93 |
| LUMINANT_ML_000328194-218 |
| LUMINANT_ML_000328617-21 |
| LUMINANT_ML_000328629-34 |
| LUMINANT_ML_000329183-89 |
| LUMINANT_ML_000332285-305 |
| LUMINANT_ML_000332306-26 |
| LUMINANT_ML_000332348-72 |
| LUMINANT_ML_000334221-35 |
| LUMINANT_ML_000334432-38 |
| LUMINANT_ML_000334759-73 |
| LUMINANT_ML_000335792-803 |
| LUMINANT_ML_000335826-55 |
| LUMINANT_ML_000336535-47 |
| LUMINANT_ML_000336936-69 |
| LUMINANT_ML_000338348-55 |
| LUMINANT_ML_000347155-62 |
| LUMINANT_ML_000348594-602 |
| ==LUMINANT_ML_000348907== |
| LUMINANT_ML_000349992-350017 |
| LUMINANT_ML_000350061-75 |
| LUMINANT_ML_000350738-67 |
| LUMINANT_ML_000351017-27 |
| LUMINANT_ML_000351265-89 |
| LUMINANT_ML_000353557-71 |
| LUMINANT_ML_000356404-17 |
| LUMINANT_ML_000359303-19 |
| ==LUMINANT_ML_000409772-86== |
| LUMINANT_ML_000411588-91 |
| LUMINANT_ML_000411620-31 |
| ==LUMINANT_ML_000411814== |
| ==LUMINANT_ML_000411882-83== |
| ==LUMINANT_ML_000411893-94== |
| ==LUMINANT_ML_000412006== |
| LUMINANT_ML_000412708 |
| ==LUMINANT_ML_000413512-14== |
| LUMINANT_ML_000413555-63 |
| ==LUMINANT_ML_000413890-93== |
| ==LUMINANT_ML_000414434== |
| ==LUMINANT_ML_000414451-52== |

| |
|---|
| LUMINANT_ML_000414461-63 |
| LUMINANT_ML_000414467 |
| LUMINANT_4.12_R01D_ML 000004029-45 |
| LUMINANT_4.12_R01D_ML 000004078-96 |
| LUMINANT_4.12_R01D_ML 000004097-99 |
| LUMINANT_4.12_R01D_ML 000004100-04 |
| LUMINANT_4.12_R01D_ML 000004105-08 |
| LUMINANT_4.12_R01D_ML 000004109-13 |
| LUMINANT_4.12_R01D_ML 000004126-28 |
| LUMINANT_4.12_R01D_ML 000004129-32 |
| LUMINANT_4.12_R01D_ML 000004137-39 |
| LUMINANT_4.12_R01D_ML 000004140-43 |
| LUMINANT_4.12_R01D_ML 000004144-48 |
| LUMINANT_4.12_R01D_ML 000004149-52 |
| LUMINANT_4.12_R01D_ML 000004153-55 |
| LUMINANT_4.12_R01D_ML 000004156-58 |
| LUMINANT_4.12_R01D_ML 000004162-65 |
| LUMINANT_4.12_R01F_ML 000004230-34 |
| LUMINANT_4.12_R01F_ML 000004303-04 |
| LUMINANT_4.12_R01F_ML 000004358-59 |
| LUMINANT_4.12_R01H_R01l_ML 000009606-08 |
| Martin Lake Unit 1 Reheat Pendant Platen Repairs Spring 2006 Outage (no Bates number assigned) |

*In its submissions to the EPA, Luminant provided redacted versions of the 14 documents highlighted in yellow as public versions of those documents. The parties agree and the Court finds that the EPA may release the redacted versions of the highlighted documents that Luminant submitted to the EPA but that unredacted versions are covered by the Court's order precluding the EPA from releasing the documents included in this log until final judgment is entered in this case or until the Court otherwise directs.